IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN H. OLAY, | ) |
| Plaintiff | ) |
| vs. | ) |
| MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES OF MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, | ) Civil Action No. 04-266E |
| Defendants | ) |

## NOTICE OF APPEARANCE

TO:  Clerk of United States District Court
     Western District of Pennsylvania

You will please enter my appearance on behalf of the plaintiff in the above captioned action.

BY: /s/ Jason Mettley
Jason Mettley, Esquire
Pa. I.D. #81966
JUBELIRER, PASS & INTRIERI, P.C.
219 Fort Pitt Boulevard
Pittsburgh, Pennsylvania 15222
T: (412) 281-3850
F: (412) 281-1985
Email: jm@jpilaw.com

Attorney for Plaintiffs