IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GLENN H. OLAY,                              )
                                            )
                        Plaintiff           )
                                            )
            vs.                             )
                                            )
MOTION CONTROL INDUSTRIES,                  )
DIVISION OF CARLISLE                        )        Civil Action No. 04-266E
CORPORATION, RETIREMENT PLAN                )
FOR BARGAINING UNIT EMPLOYEES               )
OF MOTION CONTROL INDUSTRIES,               )
DIVISION OF CARLISLE                        )
CORPORATION,                                )
                                            )
                        Defendants          )

### ORDER OF COURT

**AND NOW**, this _____ day of _____, _____, Plaintiff having filed a

Motion to Compel Discovery and Amend Case Management Order, the Defendants having

responded and the Court having given the matter due consideration, **IT IS ORDERED**, that the

motion be, and the same hereby is, **GRANTED**, and that the Defendants shall answer Plaintiff's

Interrogatories on or before March 10, 2006.  The Case Management Order shall further be

amended such that the parties shall file motions for summary judgment on or before March 24,

2006, and shall respond to such motions with briefs filed on or before April 7, 2004.

                                            _____
                                            Maurice B. Cohill, Jr.
                                            U.S. District Court Judge