IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN H. OLAY, | ) Docket No. 04-266E |
| | ) (Judge Maurice B. Cohill, Jr.) |
| Plaintiff | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) |
| MOTION CONTROL INDUSTRIES, | ) DEFENDANTS' PROPOSED ORDER ON |
| DIVISION OF CARLISLE | ) MOTION FOR SUMMARY JUDGMENT |
| CORPORATION, RETIREMENT PLAN | ) |
| FOR BARGAINING UNIT EMPLOYEES | ) Filed on behalf of:  Defendants |
| OF MOTION CONTROL INDUSTRIES, | ) |
| DIVISION OF CARLISLE | ) Counsel of record for this party: |
| CORPORATION, | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall |
| Defendants | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |
| | ) |

## DEFENDANTS' PROPOSED ORDER ON
## MOTION FOR SUMMARY JUDGMENT

AND NOW, this ___ day of _____, 2006, it is hereby ORDERED that Defendants' Motion for Summary Judgment is GRANTED, the Court having found that (1) Plaintiff has failed to exhaust his administrative remedies under the Plan Documents, and, as an additional basis for dismissal, (2) based on the plain language of the Plan Documents Plaintiff is not eligible to receive Disability Retirement Benefits.  Judgment is hereby entered against Plaintiff and in favor of defendants, and the Clerk of Court is directed to mark this case as CLOSED.

_____
HONORABLE MAURICE B. COHILL, JR.

# 664433