IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN H. OLAY,<br>　　　　　Plaintiff,<br>　　v.<br>………………………………………….  | Civil Action No. 04-266  Erie |
| HENRY M. HEARNE,<br>　　　　　Plaintiff,<br>　　v.<br>…………………………………………. | Civil Action No. 04-276  Erie |
| PAUL L. PLYLER,<br>　　　　　Plaintiff,<br>　　v.<br>…………………………………………. | Civil Action No. 04-277  Erie |
| WILLIAM F. LUNDER,<br>　　　　　Plaintiff,<br>　　v.<br>…………………………………………. | Civil Action No. 04-278  Erie |
| LYNN A. RHODES,<br>　　　　　Plaintiff,<br>　　v.<br>…………………………………………. | Civil Action No. 04-279  Erie |
| TERRY K. ROCKWELL,<br>　　　　　Plaintiff,<br>　　v.<br>………………………………………… | Civil Action No. 04-280  Erie |
| MOTION CONTROL INDUSTRIES,<br>DIVISION OF CARLISLE CORPORATION,<br>RETIREMENT PLAN FOR BARGAINING<br>UNIT EMPLOYEES OF MOTION<br>CONTROL INDUSTRIES, DIVISION OF<br>CARLISLE CORPORATION, | Judge Maurice B. Cohill, Jr. |

　　　　　　Defendants.

**<u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

　　Plaintiffs hereby move this Honorable Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Support for this Motion is fully set forth in the

accompanying Brief in Support of Motion for Summary Judgment, the Concise Statement of Material Facts, and Appendix.

          Respectfully submitted,

          JUBELIRER, PASS & INTRIERI, P.C.

BY:      /s/ Jason Mettley
        Robert A. Eberle, Pa. I.D. #47359
        Jason Mettley, Pa. I.D. #81966
        219 Fort Pitt Boulevard
        Pittsburgh, PA 15222
        (412) 281-3850
        (412) 281-1985 (fax)
        Attorneys for Plaintiffs