IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN H. OLAY, | | |
| | Plaintiff, | |
| v. | | Civil Action No. 04-266 Erie |
| HENRY M. HEARNE, | | |
| | Plaintiff, | |
| v. | | Civil Action No. 04-276 Erie |
| PAUL L. PLYLER, | | |
| | Plaintiff, | |
| v. | | Civil Action No. 04-277 Erie |
| WILLIAM F. LUNDER, | | |
| | Plaintiff, | |
| v. | | Civil Action No. 04-278 Erie |
| LYNN A. RHODES, | | |
| | Plaintiff, | |
| v. | | Civil Action No. 04-279 Erie |
| TERRY K. ROCKWELL, | | |
| | Plaintiff, | |
| v. | | Civil Action No. 04-280 Erie |
| MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES OF MOTION CONTROL INDUSTRIES, DIVISION OF CARLISLE CORPORATION, | | Judge Maurice B. Cohill, Jr. |
| | Defendants. | |

**VERIFICATION OF TECHNICAL FAILURE FILER'S EQUIPMENT**

Please take notice that plaintiffs were unable to file Plaintiffs' Appendix to Concise Statement of Material Facts in a timely manner because of technical difficulties. The deadline for filing the Appendix to Concise Statement of Material Facts was March 31, 2006. The reason

that I was unable to file Plaintiffs' Appendix to Concise Statement of Material Facts in a timely manner and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that I could not do so are set forth herein.

On Friday, March 31, 2006, I attempted to file Plaintiffs' Appendix to Concise Statement of Material Facts and was not able to upload the exhibits. I was able to file all other documents related to this Appendix in a timely manner. I thought that perhaps late afternoon net traffic had bogged down the court's server and would try to file the Appendix again on Saturday, April 1, 2006, when I thought net traffic would be reduced. However, I was still not able to upload the exhibits. This is the error screen I get after the upload times out:

Parse error undefined dpf called "doc" in line doc;PickFiler('nogroup','showtermpty');Display('Appendix to which?');rel('misc+apndx+','o','all','pendterm','dates','docnum');DocketText('edit:crt,jud');CreateDktEntry(); - function - doc

    I have copied opposing counsel with a copy of the attachments.

    I declare under penalty of perjury that the foregoing is true and correct.

                                      Respectfully submitted,

                                      JUBELIRER, PASS & INTRIERI, P.C.

BY: __/s/ Jason Mettley__
       Jason Mettley, Esquire
       Pa. I.D. 81966

       219 Fort Pitt Boulevard
       Pittsburgh, Pennsylvania 15222
       (412) 281-3850

       Attorney for Plaintiffs