Dear Madam or Sir,

I would like to put in an prouse appeal on the case #1:04-cv-00266-MBC filed on 05/21/2007.

My name is Glenn H. Olay the appeal is for myself only. I believe the facts of my situation should allow me to have a positive finding in my favor.

The law firm who handled the original litigation told me they needed ten thousand dollars up front plus two-hundred ten dollars per hour for an appeal. I am on Social Security Disability and can not afford this legal representation. The Western District Court told me about the prouse appeal so I am writing this letter to get the process started.

If there is more I need to do my phone number is 814-772-0485. My address is: Glenn H. Olay
3594 Grant Rd.
Ridgway, Pa. 15853

Thank you very much

Glenn H. Olay

G.H. Olag
3594 Grant Rd.
Ridgway Pa 15853

JOHNSTOWN PA 159
12 JUN 2007 PM 1 L

Clerks Office U.S. District Court
17th South Park Row
Room A150
Erie, Pa. 16501

RECEIVED
JUN 1 3 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA