

United States District Court
Clerks Office
17th South Park Row
Room #150
Erie, Pa. 16501

G. H. Oley Rd.
3594 Grant Rd.
Ridgway Pa 15853

Case 1:04-cv-00266-MBC   Document 35-2   Filed 06/27/2007   Page 2 of 2