```
            UNITED STATES
            DISTRICT COURT
         WESTERN DISTRICT OF PENNSYLVANIA
             PITTSBURGH Division
                                    ET
          # 07005240 - ET
            July 9, 2007


      Code   Case #    Qty     Amount

    APPEAL D 04-266e     1 @  455.00
                              455.00 CK


      TOTAL+           455.00



    FROM: GLENN OLAY
          3594 GRANT RD.
          RIDGWAY, PA 15853
```